UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOSEPH ARTHUR WILLIAMS,

    Plaintiff,

v.                              Case No.: 8:09-cv-2508-T-33AEP

UNITED STATES GENERAL SERVICE
ADMINISTRATION, ET AL.,

    Defendants.
_____/

**ORDER**

This matter comes before the Court sua sponte. On June 25, 2010, this Court entered a detailed order dismissing pro se Plaintiff's incoherent complaint and directing Plaintiff to file an amended complaint within twenty days. (Doc. # 9). In its June 25, 2010, Order, the Court warned Plaintiff, "If Plaintiff fails to file an amended complaint within these parameters, this case will be dismissed without further notice from the Court." (Doc. # 9 at 3).

Plaintiff has not filed an amended complaint as required by the Court. Therefore, the Court dismisses this case.

Accordingly, it is now

**ORDERED, ADJUDGED** and **DECREED:**

This case is dismissed. The Clerk is directed to

terminate all pending deadlines and close this case.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this <u>19th</u> day of July 2010.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

Pro se, Plaintiff

All Counsel of Record