```
              UNITED STATES DISTRICT COURT
               MIDDLE DISTRICT OF FLORIDA
                    TAMPA DIVISION
```

JOSEPH A. WILLIAMS,

    Plaintiff,
v.                        CASE NO.: 8:09-cv-2508-T-33AEP

PAUL F. PROUTY, ET AL,

    Defendants.
_____/

**ORDER**

This matter comes before the Court pursuant to Plaintiff Joseph A. Williams's Motion to Extend Stay (Doc. # 51), filed on May 31, 2011, and his corresponding Notice (Doc. # 55), filed on June 14, 2011. Defendants filed an initial response (Doc. # 54) on June 6, 2011, and filed a supplementary response (Doc. # 57) on June 20, 2011. For the reasons that follow, the Court extends the stay of this case pending the Bankruptcy Court's resolution of Williams's bankruptcy case and related adversary proceeding.

**Discussion**

The Court entered a limited stay of this case on May 10, 2011, due to Williams's bankruptcy case. (Doc. # 50). Initially, the parties agreed to a three-week stay of the case. (Doc. # 49). At this juncture, Williams seeks an extension of the stay. Defendants, on the other hand, contend

1

that the parties should be permitted to continue with the litigation of this case. Defendants also submit that "the Bankruptcy Trustee has now elected not to takeover this case on behalf of the creditors. As a result, the United States respectfully suggests that the stay should now be lifted." (Doc. # 53 at 2).

However, on June 14, 2011, Williams filed his "Notice of Filing Notice of Removal." (Doc. # 55). Williams contends that the case should remain under stay and brings to light that, in addition to his bankruptcy case, there is now an adversary proceeding pending in the Bankruptcy Court: 8:11-ap-00457-CPM. Williams submits that the complaint in the present case contains issues that are related, material and dispositive of Williams's Chapter 7 bankruptcy case and adversary proceeding.

After Williams filed his Notice, the Court directed Defendants to file a supplementary response. (Doc. # 56). On June 20, 2011, Defendants filed a response in which they indicate that they have sought to dismiss the adversary proceeding.

Due to the abundance of recent activity in the Bankruptcy Court, including Defendants' pending motion to dismiss Williams's adversary proceeding, and upon due consideration,

2

the Court determines that it is appropriate to extend the stay of this case while the Bankruptcy Court addresses Williams's bankruptcy case and adversary proceeding. The parties are directed to advise this Court when the Bankruptcy Court has resolved Williams's bankruptcy so that this Court may lift the stay of the present case.

Accordingly, it is

**ORDERED**, **ADJUDGED**, and **DECREED**:

(1) Williams's Motion to Extend Stay (Doc. # 51) is **GRANTED**.

(2) This case is stayed and administratively closed pending the resolution of Williams's bankruptcy case and adversary proceeding.

(3) The parties are directed to advise this Court when the Bankruptcy Court has resolved Williams's bankruptcy so that the proceedings in this case may resume.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 27th day of June, 2011.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies: All Counsel and Parties of Record

3